# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Kendall T. Cohen, ) | |
| ) | Case No.: 2:09-cr-160-PMD |
| Petitioner, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| United States of America, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

    Federal prisoner Kendall Cohen seeks relief from his sentence under 28 U.S.C. § 2255 (ECF No 104). The Government has filed a motion to dismiss Cohen's § 2255 motion or, alternatively, to stay proceedings pending the Supreme Court's decision in *Beckles v. United States*, 616 F. App'x 415 (11th Cir. 2015) (per curiam), *cert. granted*, 2016 WL 1029080 (U.S. June 27, 2016) (No. 15-8544) (ECF No. 114). Cohen agrees with the Government that this Court should wait for the Supreme Court to decide *Beckles*.

    Cohen's § 2255 motion can be distilled to three questions: (1) is the so-called residual clause of U.S.S.G. § 4B1.2(a)(2) unconstitutionally vague? (2) if so, may prison sentences enhanced using that clause be vacated under § 2255? (3) does the South Carolina crime of assaulting a police officer while resisting arrest, S.C. Code Ann. § 16-9-320(B), fit within another clause of § 4B1.2(a)'s definition of "crime of violence"? The answer to each question may be dispositive here. In *Beckles*, Supreme Court has agreed to answer the first two questions. A federal prisoner has asked the Fourth Circuit to answer the third. *See United States v. Brown*, *appeal docketed*, No. 16-7056 (4th Cir. Aug. 5, 2016).[1]

---

1.   *Brown* is an appeal from this Court. After denying Mr. Brown relief in that case, this Court declined to issue a certificate of appealability. *See United States v. Brown*, No. 2:02-cr-519-PMD, slip op. (D.S.C. June 17, 2016).

2

The Court finds it appropriate to wait for decisions to be issued in *Beckles* and *Brown*. Based solely on that agreement, the Court **GRANTS** the Government's stay request, with a slight modification. This matter is hereby **STAYED** until decisions are issued in *Beckles* and in *Brown*. Whenever the first of those two cases is issued, either party may move to lift the stay.

AND IT IS SO ORDERED.

_____
PATRICK MICHAEL DUFFY
United States District Judge

**November 8, 2016**
**Charleston, South Carolina**

---

Brown has made a motion asking the Fourth Circuit to issue such a certificate. The Fourth Circuit has not yet ruled upon that motion.

2